# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Genesis Health Ventures of Naugatuck, Inc. )
    d/b/a Glendale Center, 4 Hazel Avenue )
    P.O. Box 150, Naugatuck, CT, 06770-0150; )
    *and* )
    )
Derby Nursing Center Corporation, )
    d/b/a Derby Center, 210 Chatfield St. )
    Derby. CT 06418: *and* )
    )
Health Resources of Rockville, Inc. )
    d/b/a Fox Hill Center, 22 South St. )
    Vernon Rockville, CT 06066; *and* )
    )    Civil Action No.: _____
Health Resources of Groton, Inc. )
    d/b/a Groton Regency Center )
    1145 Poquonock Rd. )
    Groton, CT 06340; *and* )
    )
Health Resources of Cochester, Inc. )
    d/b/a Harrington Court )
    (formerly Colchester) 59 Harrington Ct. )    **COMPLAINT**
    Colchester, CT 06415; *and* )
    )
Genesis Health Ventures of Bloomfield, Inc. )
    d/b/a Kimberly Hall South )
    1 Emerson Dr., Windsor, CT 06095; *and* )
    )
    d/b/a Kimberly Hall North )
    1 Emerson Dr., Windsor, CT 06095; *and* )
    )
Mabri Convalescent Center, Inc. )
    d/b/a Meriden Center 845 Paddock Ave. )
    Meriden, CT 06450; *and* )
    )
Health Resources of Norwalk, Inc. )
    d/b/a Norwalk Center )
    73 Strawberry Hill Ave. )
    Norwalk CT 06855; *and* )
    )
Health Resources of Glastonbury, Inc. )
    d/b/a Salmon Brook Center )
    72 Salmon Brook Dr. )
    Glastonbury, CT 06033; *and* )

Health Resources of Wallingford, Inc. )
    d/b/a Skyview Center )
    35 Marc Dr., Wallingford, CT 06492; *and* )
     )
Genesis Properties of Delaware L.P. )
    d/b/a Hillside Center, 810 South Broom St. )
    Wilmington, DE 19805; *and* )
     )
    d/b/a Seaford Center )
    1100 Norman Eskridge Hwy )
    Seaford, DE 19973; *and* )
     )
Milford Manor Nursing & Rehab. Center )
    d/b/a Milford Center )
    700 Marvel Rd., Milford, DE 19963; *and* )
     )
Dover Health Care Associates, Inc. )
    d/b/a Silver Lake Center )
    1080 Silver Lake Blvd )
    Dover, DE 19904; *and* )
     )
Hoosier Care III Inc. )
    d/b/a Churchmans Village )
    4949 Ogeltown-Stanton Road )
    Newark, DE 19713; *and* )
     )
Age Institute of Florida )
    d/b/a Bartow Convalescent )
    2055 E Georgia St., Bartow, FL 33830; *and* )
     )
    d/b/a Bay Convalescent )
    1336 St Andrews Blvd )
    Panama City, FL 32405; *and* )
     )
    d/b/a Boca Ciega Center )
    1414 59th St. S., Gulfport, FL 33707; *and* )
     )
    d/b/a Clearwater Healthcare )
    1270 Turner St., Clearwater, FL 34616; *and* )
     )
    d/b/a Egret Cove )
    550 62nd St. South )
    St Petersburg, FL 33707; *and* )
     )
     )

d/b/a Lakeland Hills )
610 East Bella Vista Dr. )
Lakeland, FL 33805; *and* )
                                                          )
d/b/a Tarpon Bayou Center )
515 Chesapeake Dr. )
Tarpon Springs, FL 34689; *and* )
                                                          )
d/b/a The Groves )
512 South 11th St. )
Lake Wales, FL 33853; *and* )
                                                          )
d/b/a University Center East )
991 East New York Avenue )
Deland, FL 32724; *and* )
                                                          )
University Center West )
454 West Euclid Avenue )
Deland, FL 32724; *and* )
                                                          )
Genesis Eldercare National Centers, Inc. )
    d/b/a Bowmans Center )
    350 South Ridgewood )
    Ormond Beach, FL 32174; *and* )
                                                          )
    d/b/a Brandywyne Healthcare )
    1801 N. Lake Mariam Dr. )
    Winter Haven, FL 33884; *and* )
                                                          )
    d/b/a Oakwood Center )
    301 South Bay St., Eustis, FL 32726; *and* )
                                                          )
    d/b/a Surrey Place )
    110 SE Lee St., Live Oak, FL 32060; *and* )
                                                          )
    d/b/a Sutton Place )
    4405 Lakewood Rd. )
    Lake Worth, FL 33461; *and* )
                                                          )
Volusia Meridian L.P. )
    d/b/a Coquina Center )
    170 N. Center St. )
    Ormond Beach, FL 32174; *and* )
                                                          )

Genesis ElderCare Properties, Inc.                    )
    d/b/a Fairway Oaks Center                     )
    13806 N. 46th St., Tampa, FL 33613; *and*     )
                                                  )
    d/b/a Riverwood Center                        )
    2802 Parental Home Rd.                        )
    Jacksonville, FL 32216; *and*                 )
                                                  )
    d/b/a Tierra Pines Center                     )
    7380 Ulmerton Rd., Largo, FL 33771; *and*     )
                                                  )
Meridian Health, Inc.                                 )
    d/b/a Highlands Lake Center                   )
    4240 Lakeland Highlands Rd.                   )
    Lakeland, FL 33813; *and*                     )
                                                  )
    d/b/a Ruleme Center                           )
    2810 Ruleme St., Eustis, FL 32726; *and*      )
                                                  )
Brevard Meridian L.P.                                 )
    d/b/a Indian River Center                     )
    7201 Greenboro Dr.                            )
    West Melbourne, FL 32904; *and*               )
                                                  )
Seminole Meridian L.P.                                )
    d/b/a Island Lake Center                      )
    155 Landover Place                            )
    Longwood, FL 32750; *and*                     )
                                                  )
Applewood Health Resources, Inc.                      )
    d/b/a Applewood Center,                       )
    21020 Kostner Ave.                            )
    Matteson, IL 60443; *and*                     )
                                                  )
Chateau Village Health Resources, Inc.                )
    d/b/a Chateau Center, 7050 Madison St.        )
    Willowbrook, IL 60521; *and*                  )
                                                  )
Colonial Health Resources, Inc.                       )
    d/b/a Colonial Hall Center                    )
    515 Bureau Valley Parkway                     )
    Princeton, IL 61356; *and*                    )
                                                  )

Elmwood Health Resources, Inc.                    )
     d/b/a Elmwood Center                     )
     1017 W. Galena Blvd.                     )
     Aurora, IL 60506; *and*                 )
                                             )
Health Resources of Farmington, Inc.             )
     d/b/a Farmington Center                 )
     701 S. Main St., Farmington, IL 61531; *and* )
                                             )
Lakewood Health Resources, Inc.                  )
     d/b/a Lakewood Center                   )
     1112 North Eastern Ave.                 )
     Plainfield, IL 60544; *and*             )
                                             )
Century Care Management, Inc.                    )
     d/b/a Lemont Center                     )
     12450 Walker Rd., Lemont, IL 60439; *and* )
                                             )
Ridgeland Nursing & Rehab Center                 )
     d/b/a Ridgeland Center                  )
     12550 South Ridgeland Ave.              )
     Palos Heights, IL 60463; *and*          )
                                             )
Rivershores Nursing & Rehab Center               )
     d/b/a Rivershores Center                )
     578 West Commercial St.                 )
     Marseilles, IL 61341; *and*             )
                                             )
Snow Valley Nursing & Rehab Center               )
     d/b/a Snow Valley Center                )
     5000 Lincoln Ave., Lisle, IL 60532; *and* )
                                             )
Academy Nursing Home, Inc.                       )
     d/b/a Academy Manor                    )
     89 Morton St., Andover, MA 01810; *and* )
                                             )
Age Institute of Massachusetts, Inc.             )
     d/b/a Chapin, 200 Kendall St.          )
     Springfield, MA 01104; *and*            )
                                             )
     d/b/a Governors                        )
     66 Broad St., Westfield, MA 01085; *and* )
                                             )
     d/b/a Willimansett East                )
     11 St. Anthony St.                     )
     Chicopee, MA 01013; *and*              )

d/b/a Willimansett West )
546 Chicopee St. )
Chicopee, MA 01013; *and* )
)
Genesis Health Ventures of )
   Massachusetts, Inc. )
       d/b/a Heritage Hall East )
       464 Main St., P.O. Box 348 )
       Agawam MA, 01001; *and* )
)
       d/b/a Heritage Hall South )
       65 Cooper St., Agawam, MA 01001; *and* )
)
       d/b/a Heritage Hall West )
       61 Cooper Street, P.O. Box 325 )
       Agawam, MA 01001; *and* )
)
ADS/Multicare Inc. )
       d/b/a Coolidge House )
       30 Webster Street )
       Brookline, MA  02146; *and* )
)
Keystone Nursing Home, Inc. )
       d/b/a Keystone Center )
       44 Keystone Dr. )
       Leominster, MA 01453; *and* )
)
Lincoln Nursing Home )
       d/b/a Lincoln Center )
       299 Lincoln St., Worcester, MA 01605; *and* )
)
Charlton Nursing Care Center Partnership )
       d/b/a Sarah S. Brayton Nursing Center )
       4901 N. Main St. )
       Fall River, MA 02720; *and* )
)
Wayside Nursing Home, Inc. )
       d/b/a Wayside Center )
       751 Grove St., Worcester, MA 01605; *and* )
)
Westford Nursing & Retirement Center L.P. )
       d/b/a Westford House )
       3 Park Dr., Westford, MA 01886; *and* )
)

Willow Manor Nursing Home Inc. )
    d/b/a Willow Manor )
    30 Princeton Boulevard )
    Lowell, MA  01851; *and* )
     )
Genesis Properties L.P. )
    d/b/a Bayside Center, 1500 Great Mills Rd. )
    Lexington Park, MD 20653; *and* )
     )
    d/b/a Laurelwood Center )
    100 Laurel Dr., Elkton, MD 21922; *and* )
     )
    d/b/a Mallard Bay Center )
    520 Glenburn Ave. )
    Cambridge, MD 21613; *and* )
     )
Greenspring Meridian L.P. )
    d/b/a Brightwood Center )
    515 Brightfield Rd. )
    Lutherville, MD 21093; *and* )
     )
Caton Manor Meridian L.P. )
    d/b/a Caton Manor )
    3330 Wilkens Ave. )
    Baltimore, MD 21229; *and* )
     )
Catonsville Meridian L.P. )
    d/b/a Catonsville Commons )
    16 Fusting Ave. )
    Catonsville, MD 21228; *and* )
     )
Frederick Meridian L.P. )
    d/b/a College View Center )
    700 Toll House Ave. )
    Frederick, MD 21701; *and* )
     )
Meridian Health, Inc. )
    d/b/a Corsica Hills Center )
    205 Armstrong Ave., P.O. Box 50 )
    Centreville, MD 21617; *and* )
     )
    d/b/a Hammonds Lane Center )
    613 Hammonds Ln. )
    Brooklyn Park, MD 21225; *and* )
     )

7

d/b/a Heritage Center )
7232 German Hill Rd. )
Dundalk, MD 21222; *and* )
)
d/b/a Long Green Center )
115 E. Melrose Ave. )
Baltimore, MD 21212; *and* )
)
d/b/a Severna Park Center )
24 Truckhouse Rd. )
Severna Park, MD 21146; *and* )
)
Meridian Valley L.P. )
d/b/a Cromwell Center )
8710 Emge Rd., Baltimore, MD 21234; *and* )
)
Franklin Square/Meridian Health Care Nursing )
Home L.P. d/b/a Franklin Woods Center )
9200 Franklin Square Dr. )
Baltimore, MD 21237; *and* )
)
Hamilton Meridian L.P. )
d/b/a Hamilton Center )
6040 Harford Rd. )
Baltimore, MD 21214; *and* )
)
Meridian Edgewood L.P. )
d/b/a Homewood Center )
6000 Bellona Ave. )
Baltimore, MD 21212; *and* )
)
Knollwood Manor, Inc. )
d/b/a Knollwood Manor )
899 Cecil Ave. )
Millersville, MD 21108; *and* )
)
Meridian Healthcare, Inc. )
d/b/a La Plata Center )
1 Magnolia Dr., La Plata, MD 20646; *and* )
)
d/b/a Layhill Center )
3227 Bel Pre Rd. )
Silver Spring, MD 20906; *and* )
)
d/b/a Multi-Medical Center )
7700 York Rd., Towson, MD 21204; *and* )

d/b/a Spa Creek Center )
35 Milkshake Ln. )
Annapolis, MD 21403; *and* )
)
Meridian Valley View L.P. )
    d/b/a Loch Raven Center )
    8720 Emge Rd., Baltimore, MD 21234; *and* )
)
Magnolia Gardens L.L.C. )
    d/b/a Magnolia Center )
    8200 Good Luck Rd. )
    Lanham, MD 20706; *and* )
)
Meridian Nursing Center - Perring Parkway )
    d/b/a Perring Parkway Center )
    1801 Wentworth Rd. )
    Baltimore, MD 21234; *and* )
)
Randallstown Meridian L.P. )
    d/b/a Randallstown Center )
    9109 Liberty Rd. )
    Randallstown, MD 21133; *and* )
)
Wicomico/Genesis ElderCare, L.L.C. )
    d/b/a Salisbury Center )
    200 Civic Ave., Salisbury, MD 21804; *and* )
)
Easton Meridian L.P. )
    d/b/a The Pines 610 Dutchman's Ln. )
    Easton, MD 21601; *and* )
)
Mooresville Meridian L.P. )
    d/b/a Mooresville Center )
    550 Glenwood Dr. )
    Mooresville, NC 28115; *and* )
)
Spencer Meridian Healthcare Investments, Inc. )
    d/b/a Salisbury Center )
    710 Julian Rd., Salisbury, NC 28147; *and* )
)
McKerley Health Care Centers, Inc. )
    d/b/a Country Village Center )
    91 Country Village Rd. )
    Lancaster, NH 03584; *and* )
)

d/b/a Harris Hill Center )
20 Maitland St., Concord, NH 03301; *and* )
)
d/b/a Keene Center )
677 Court St., Keene, NH 03431; *and* )
)
d/b/a Laconia Center )
175 Blueberry Ln., Laconia NH 03246; *and* )
)
d/b/a Lafayette Center )
93 Main Street, Franconia, NH 03580; *and* )
)
d/b/a Lebanon Center )
24 Old Etna Rd., Lebanon, NH 03766; *and* )
)
d/b/a Mountain Ridge Center )
7 Baldwin St., Franklin, NH 03235; *and* )
)
d/b/a Pleasant View Center )
239 Pleasant St., Concord, NH 03301; *and* )
)
d/b/a Ridgewood Center )
25 Ridgewood Rd. )
Bedford, NH 03110; *and* )
)
Pompton Care L.L.C. )
    d/b/a  Arbor Glen Center )
    Pompton Ave. & E. Lindsley Rd. )
    Cedar Grove, NJ 07009; *and* )
)
Northwest Total Care Centers Associates, L.P. )
    d/b/a Brakeley Park Center )
    290 Red School Ln. )
    Phillipsburg, NJ 08865; *and* )
)
Burlington Woods Convalescent Center, Inc. )
    d/b/a Burlington Woods )
    115 Sunset Rd. )
    Burlington, NJ 08016; *and* )
)
Roephel Convalescent Center Inc. )
    d/b/a Cinnaminson Center )
    1700 Wynwood Dr. )
    Cinnaminson, NJ 08077; *and* )
)

Claremont Health Systems, Inc.  )
    d/b/a (Hoosier) Claremont Center  )
    1515 Hulse Rd.  )
    Point Pleasant, NJ 08742; *and*  )
      )
Geriatric and Medical Services, Inc.  )
    d/b/a Cooper River East  )
    5101 N. Park Dr.  )
    Pennsauken, NJ 08109; *and*  )
      )
    d/b/a Cooper River West  )
    5105 N. Park Dr.  )
    Pennsauken, NJ 08109; *and*  )
      )
    d/b/a Kresson View Center  )
    2601 Evesham Rd.  )
    Voorhees, NJ 08043; *and*  )
      )
    d/b/a Lacey Center  )
    916 Lacey Rd.  )
    Forked River, NJ 08731; *and*  )
      )
    d/b/a Lopatcong Center  )
    390 Red School Lane  )
    Phillipsburg, PA 08865; *and*  )
      )
    d/b/a Phillipsburg Center  )
    843 Wilbur Ave.  )
    Phillipsburg, NJ 08865; *and*  )
      )
Health Resources of Cranbury, L.L.C.  )
    d/b/a Cranbury Center  )
    292 Applegarth Rd.  )
    Monroe Township, NJ 08831; *and*  )
      )
Health Resources of Ewing, L.L.C.  )
    d/b/a Ewing Center  )
    1201 Parkway Ave.  )
    Trenton, NJ 08628; *and*  )
      )
Encare of Mendham, L.L.C.  )
    d/b/a Holly Manor Center  )
    84 Cold Hill Rd., Mendham, NJ 07945; *and* )
      )

Health Resources of Englewood, L.L.C.                    )
    d/b/a Inglemoor Center, 333 Grand Ave.    )
    Englewood, NJ 07631; *and*                 )
                                               )
    d/b/a Ingleside Center                     )
    1016 S. Washington Ave.                    )
    Old Tappan, NJ 07675; *and*                )
                                               )
Health Resources of Jackson, L.L.C.                      )
    d/b/a Jackson Center                       )
    11 History Ln., Jackson, NJ 08527; *and*   )
                                               )
Health Resources of Eatontown                            )
    d/b/a Jersey Shore Center                  )
    3 Industrial Way East                      )
    Eatontown, NJ 07724; *and*                 )
                                               )
Health Resources of Lakeview, Inc.                       )
    d/b/a Lakeview Center                      )
    963 Ocean Ave., Lakewood, NJ 08701; *and* )
                                               )
Health Resources of Marcella, Inc.                       )
    d/b/a Marcella Center                      )
    2305 Rancocas Rd.                          )
    Burlington Township, NJ 08016; *and*       )
                                               )
Brevut Convalescent Center, L.L.C.                       )
    d/b/a Mercerville Center                   )
    2240 White Horse Mercerville Rd.           )
    Mercerville, NJ 08619; *and*               )
                                               )
Millville Meridian L.P.                                  )
    d/b/a Millville Center                     )
    54 Sharp St., Millville, NJ 08332; *and*   )
                                               )
Health Resources of Morristown, Inc.                     )
    d/b/a Morris Hills Center                  )
    77 Madison Ave.                            )
    Morristown, NJ 07960; *and*                )
                                               )
North Cape Convalescent Center Associates, L.P.          )
    d/b/a North Cape Center                    )
    700 Townbank Rd.                           )
    North Cape May, NJ 08204; *and*            )
                                               )

Health Resources of South Brunswick L.L.C.    )
    d/b/a Park Place Center    )
    2 Deer Park Dr.    )
    Monmouth Junction, NJ 08852; *and*    )
        )
Health Resources of Bridgeton, L.L.C.    )
    d/b/a Rainbow Center    )
    849 Big Oak Rd., Pittsgrove, NJ 08318; *and* )
        )
Health Resources of Ridgewood, L.L.C.    )
    d/b/a Ridgewood Center    )
    330 Franklin Turnpike    )
    Ridgewood, NJ 07450; *and*    )
        )
Stafford Convalescent Center, Inc.    )
    d/b/a Southern Ocean Center    )
    1361 Route 72 West    )
    Manahawkin, NJ 08050; *and*    )
        )
Health Resources of West Orange, L.L.C.    )
    d/b/a Summit Ridge Center    )
    20 Summit St.    )
    West Orange, NJ 07052; *and*    )
        )
S.T.B. Investors, Ltd.    )
    d/b/a Troy Hills Center    )
    200 Reynolds Ave.    )
    Parsippany, NJ 07054; *and*    )
        )
Meridian Healthcare, Inc.    )
    d/b/a Voorhees Center    )
    3001 Evesham Rd.    )
    Voorhees, NJ 08043; *and*    )
        )
    d/b/a Westfield Center    )
    1515 Lamberts Mill Rd.    )
    Westfield, NJ 07090; *and*    )
        )
Health Resources of Cedar Grove, Inc.    )
    d/b/a Waterview Center    )
    536 Ridge Rd.    )
    Cedar Grove, NJ 07009; *and*    )
        )

Plainfield Meridian L.P.                                )
    d/b/a Woodlands                                 )
    1400 Woodland Ave.                            )
    Plainfield, NJ 07060; *and*                      )
                                                    )

Providence Health Care, Inc.                        )
    d/b/a Cortland Quality Care                  )
    369 N. High St., Cortland, OH 44410; *and*   )
                                                    )
    d/b/a Holgate Quality Care                   )
    600 Joe E. Brown Ave.                        )
    Holgate, OH 43527; *and*                      )
                                                    )
    d/b/a Kent Quality Care                      )
    1290 Fairchild Ave., Kent, OH 44240; *and*   )

PHC Operating Corporation                          )
    d/b/a Columbus Quality Care                  )
    4301 Clime Rd. North                         )
    Columbus, OH 43228; *and*                     )
                                                    )
    d/b/a Greenbriar Quality Care                )
    8064 S. Ave., Boardman, OH 44512; *and*       )
                                                    )
    d/b/a Oak Grove Center                       )
    620 E. Water St., Deshler, OH 43516; *and*    )
                                                    )
    d/b/a Paradise Oaks Center                   )
    152 Main St., Cloverdale, OH 45827; *and*     )
                                                    )
    d/b/a Somerset Center                        )
    411 S. Columbus St.                          )
    Somerset, OH 43783; *and*                     )
                                                    )
    d/b/a Willard Center                         )
    725 Wessor Ave., Willard, OH 44890; *and*     )

Edella Street Association                           )
    d/b/a Abington Manor, 100 Edella Rd.         )
    Clarks Summitt, PA 18411; *and*               )
                                                    )

Berks Nursing Homes, Inc.                          )
    d/b/a Berkshire Center                       )
    5501 Perkiomen Ave.                          )
    Reading, PA 19606; *and*                      )
                                                    )

Geriatric and Medical Services, Inc.     )
      d/b/a Brandywine Hall       )
      800 W. Miner St.         )
      West Chester, PA 19382; *and*   )
                 )
      d/b/a Fairview Care Center of  )
      Bethlehem Pike, 184 Bethlehem Pike )
      Philadelphia, PA 19118; *and*   )
                 )
      d/b/a Fairview Care Center of  )
      Paper Mill Road, 850 Paper Mill Rd. )
      Glenside, PA 19038; *and*    )
                 )
      d/b/a Hamilton Arms Center   )
      336 S. West End Ave.     )
      Lancaster, PA 17603; *and*   )
                 )
      d/b/a Liberty Court (formerly  )
      Rittenhouse Care), 1526 Lombard St. )
      Philadelphia, PA 19146; *and*   )
                 )
      d/b/a Mayo Center       )
      650 Edison Ave.         )
      Philadelphia, PA 19116; *and*   )
                 )
      d/b/a Silver Stream Center    )
      905 Penllyn Pike, P.O. Box 397  )
      Spring House, PA 19477; *and*   )
                 )
Brinton Manor, Inc.         )
      d/b/a Brinton Manor     )
      549 Baltimore Pike      )
      Glen Mills, PA 19342; *and*   )
                 )
Crozer-Genesis ElderCare L.P.   )
      d/b/a Belvedere Nursing & Rehab Center )
      2507 Chestnut Street     )
      Chester, PA 19013; *and*    )
                 )
      d/b/a Chapel Manor      )
      1104 Welsh Rd.         )
      Philadelphia, PA 19115; *and*   )
                 )
      d/b/a Pennsburg Manor    )
      530 Macoby Street      )
      Pennsburg, PA 18073; *and*   )

Crestview North, Inc.&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Crestview Center&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;262 Toll Gate Rd.&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Langhorne, PA 19047; *and*&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Age Institute of Pennsylvania&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Dorrance Manor&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;615 Wyoming Ave.&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Kingston, PA 18704; *and*&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Towne Manor East&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;2004 Old Arch Rd.&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Norristown, PA 19401; *and*&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Towne Manor West&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;205 E. Johnson Hwy.&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Norristown, PA 19401; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Highland Health System, Inc.&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Highland Center&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;1050 Broadview Blvd.&#x20;&#x20;&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Brackenridge, PA 15014; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Crestview Convalescent Home, Inc.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Hillcrest Center,1245 Church Rd.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Wyncote, PA 19095; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Healthcare Resources Corporation&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Homestead Center&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;1113 N. Easton Rd.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Willow Grove, PA 19090; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

The Straus Group Hopkins House, L.P.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Hopkins Center&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;8100 Washington Ln.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Wyncote, PA 19095; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Laurel Health Resources, Inc.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Laurel Center&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;125 Holly Rd., Hamburg, PA 19526; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Lehigh Nursing Homes, Inc.&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;d/b/a Lehigh Center, 1718 Spring Creek Rd. )
&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;&#x20;Macungie, PA 18062; *and*&#x20;)
&#x20;&#x20;&#x20;&#x20;&#x20;)

Philadelphia Avenue Associates )
    d/b/a Mifflin Center )
    500 E. Philadelphia Ave. )
    Shillington, PA 19607; *and* )
     )
Senior Living Ventures, Inc. )
    d/b/a Orwigsburg Center )
    1000 Orwigsburg Manor Dr. )
    Orwigsburg, PA 17961; *and* )
     )
Pennypack Nursing & Rehab Center )
    d/b/a Pennypack Center )
    8015 Lawndale St. )
    Philadelphia, PA 19111; *and* )
     )
The Straus Group Quakertown Manor L.P. )
    d/b/a Quakertown Center )
    1020 S. Main St. )
    Quakertown, PA 18951; *and* )
     )
Norristown Nursing & Rehabilitation Center )
    Associates, L.P. d/b/a )
    Rittenhouse Pine Center, 1700 Pine St. )
    Norristown PA 19401; *and* )
     )
River Street Associates )
    d/b/a Riverstreet Manor, 440 N. River St. )
    Wilkes-Barre, PA 18702; *and* )
     )
Rose View Manor, Inc. )
    d/b/a Rose View Center, 1201 Rural Ave. )
    Williamsport, PA 17701; *and* )
     )
Delm Nursing, Inc. )
    d/b/a Sanatoga Center, 225 Evergreen Rd. )
    Pottstown, PA 19464; *and* )
     )
Schuykill Nursing Homes, Inc. )
    d/b/a Schuykill Center )
    1000 Schuykill Manor Rd. )
    Pottsville, PA 17901; *and* )
     )
Delaware Valley Convalescent Homes, Inc )
    d/b/a Silver Lake Center )
    905 Tower Road )
    Bristol, PA 19007; *and* )

JHS Extended Care, Inc. )
 d/b/a Wayne Center )
 30 West Ave., Wayne, PA 19087; *and* )
 )
Montgomery Nursing Homes, Inc. )
 d/b/a Willow Ridge Center )
 3485 Davisville Rd. )
 Hatboro, PA 19040; *and* )
 )
Health Resources of Middletown (RI), Inc. )
 d/b/a Grand Islander Center )
 333 Green End Ave. )
 Middletown, RI 02842; *and* )
 )
Health Resources of Cumberland, Inc. )
 d/b/a Grandview Center )
 Chambers & John St. )
 Cumberland, RI 02864; *and* )
 )
Health Resources of Warwick, Inc. )
 d/b/a Kent Regency Center )
 660 Commonwealth Ave. )
 Warwick, RI 02886; *and* )
 )
Genesis Eldercare National Centers, Inc. )
 d/b/a Jefferson Park )
 1214 Jefferson Park Ave. )
 Charlottesville, VA 22903; *and* )
 )
 d/b/a Williamsburg Center )
 1235 M. Vernon Ave. )
 Williamsburg, VA 23185; *and* )
 )
 d/b/a Woodmont Center )
 11 Dairy Ln., P.O. Box 419 )
 Fredericksburg, VA 22404; *and* )
 )
Oak Hill Health Care Center, Inc. )
 d/b/a Oak Hill Center )
 512 Houston St., Staunton, VA 24401; *and* )
 )
Crystal City Nursing & Rehab. Center )
 d/b/a Potomac Center )
 1785 S. Hayes St. )
 Arlington, VA 22202; *and* )

Health Resources of Norfolk, Inc.     )
  d/b/a Thornton Hall Center    )
  827 Norview Ave., Norfolk, VA 23509; *and* )
                 )

Westwood Health Care Center     )
  d/b/a Westwood Center     )
  Westwood Medical Park     )
  Bluefield, VA 24605; *and*    )
                 )

Providence Health Care, Inc.     )
  d/b/a Bel-Aire Center      )
  Bel-Aire Dr., Newport, VT 05855; *and* )
                 )

McKerley Health Care Centers, Inc.   )
  d/b/a Morrisville Center     )
  72 Harrell St., Morrisville, VT 05661; *and* )
                 )
  d/b/a Mountain View Center    )
  9 Haywood Ave., P.O. Box 6623   )
  Rutland, VT 05701; *and*     )
                 )

Health Resources of Karmenta and Madison, Inc. )
  d/b/a Belmont Center      )
  110 Belmont Rd., Madison, WI 53714; *and* )
                 )
  d/b/a Karmenta Center     )
  4502 Milwaukee St.      )
  Madison, WI 53714; *and*    )
                 )

Bethel Health Resources, Inc.     )
  d/b/a Bethel Center      )
  8014 Bethel Rd., Arpin, WI 54410; *and* )
                 )

Colonial House Health Resources, Inc.   )
  d/b/a Colonial Center      )
  702 W. Dolf St., Colby, WI 54421; *and* )
                 )

Health Resources of Columbus, Inc.   )
  d/b/a Columbus Center     )
  825 Western Ave.      )
  Columbus, WI 53925; *and*    )
                 )

Marshfield Nursing & Rehab Center )
    d/b/a Marshfield Center )
    814 W. 14th St. )
    Marshfield, WI 54449; *and* )
     )
River Pines Nursing & Rehab Center )
    d/b/a River Pines Center )
    1800 Sherman Ave. )
    Stevens Point, WI 54481; *and* )
     )
Genesis Health Ventures of West Virginia, L.P. )
    d/b/a Ansted Center )
    Old Route 60, Ansted, WV 25812; *and* )
     )
Brightwood Property, Inc. )
    d/b/a Brightwood Center )
    840 Lee Rd., Follansbee, WV 26037; *and* )
     )
Glenmark Associates )
    d/b/a Cedar Ridge Center )
    302 Cedar Ridge Rd. )
    Sissonville, WV 25320; *and* )
     )
Hilltop Health Care Center, Inc. )
    d/b/a Hilltop Center )
    Saddle Shop Rd., P.O. Box 125 )
    Hilltop, WV 25855; *and* )
     )
Madison Center )
    d/b/a Madison Rehab. & Nursing Center )
    161 Bakers Ridge Rd. )
    Morgantown, WV 26505; *and* )
     )
Raleigh Manor, L.P. )
    d/b/a Raleigh Center )
    1631 Ritter Dr., Box 741 )
    Daniels, WV 25832; *and* )
     )
Rosewood Nursing & Rehab Center )
    d/b/a Rosewood Center )
    8 Rose St., Grafton, WV 26354; *and* )
     )
Sistersville Nursing & Rehab Center )
    d/b/a Sistersville Center )
    201 Wood St., Sistersville, WV 26175; *and* )
     )

Teays Valley Nursing & Rehab Center              )
    d/b/a Teays Valley Center                      )
    590 N. Poplar Fork Rd.                         )
    Hurricane, WV 25526; *and*                     )
                                                   )
Glenmark L.L.C.                                  )
    d/b/a Valley Center, 1000 Lincoln Dr.          )
    South Charleston, WV 25309; *and*              )
                                                   )
White Sulphur Springs Care Center                )
    d/b/a White Sulphur Springs Center             )
    P.O. Box 249, Route 92                         )
    White Sulphur Springs, WV 24986,               )
                                                   )
                     Plaintiffs,              )
        v.                                   )
                                                   )
MICHAEL O. LEAVITT, in his capacity as           )
    Secretary of the Department of Health          )
    and Human Services, an Agency of the           )
    United States Government,                       )
    200 Independence Ave., SW                      )
    Washington, DC 20201,                          )
                                                   )
                     Defendant.               )

## COMPLAINT

Plaintiffs, by and through their undersigned counsel, bring this action against the Secretary of the United States Department of Health and Human Services (the "Secretary") for review, under the Social Security Act, 42 U.S.C. § 1395oo(f), of a final decision of the Provider Reimbursement Review Board ("PRRB").

### I.    INTRODUCTION

1.    Plaintiffs are licensed, skilled nursing facilities that serve as providers of medical services under the Medicare Program, 42 U.S.C. § 1395 *et seq.*

2.      Plaintiffs bring this action for judicial review of the final decision of the PRRB that it lacked jurisdiction over Plaintiffs' administrative appeal.  *See Genesis 95/96/97 Apply & Inform*, PRRB Case Nos. 00-230G, 00-231G, and 00-232G (Feb. 13, 2006) (copy attached).

## II.    JURISDICTION AND VENUE

3.      This action arises under the Social Security Act, 42 U.S.C. § 1395 *et seq.*

4.      This Court has jurisdiction under 42 U.S.C. § 1395oo(f).

5.      Venue lies in this judicial district pursuant to 42 U.S.C. § 1395oo(f)(1).

## III.    PARTIES

6.      Plaintiffs, directly or through wholly-owned subsidiaries, management contracts, lease agreements or joint ventures, operate skilled nursing facilities ("SNFs") that are certified to participate in the Medicare program, including the 211 SNFs located in the states of Connecticut, Delaware, Florida, Illinois, Maryland, Massachusetts, New Hampshire, New Jersey, North Carolina, Ohio, Pennsylvania, Rhode Island, Virginia, Vermont, West Virginia and Wisconsin that are the subject of this action.  The list of provider Plaintiffs is included in the caption of this Complaint.

7.      Defendant, Michael O. Leavitt, is the Secretary of the U.S. Department of Health and Human Services, the federal agency responsible for the administration of the Medicare program.  The Medicare Program is administered by the Centers for Medicare and Medicaid Services ("CMS"), formerly known during times relevant to this action as the Health Care Financing Administration ("HCFA").

## IV.   GENERAL STATUTORY AND REGULATORY BACKGROUND

8.      At all times relevant to the matters at issue in this action, the Medicare program, established under Title XVIII of the Social Security Act, reimbursed SNFs for their reasonable costs incurred in furnishing Medicare-covered services to Medicare beneficiaries. *See* 42 U.S.C. § 1395x(v)(1).[1]

9.      The Secretary administers the Medicare Program through contracts with fiscal agents, known as Medicare fiscal intermediaries.   *See* 42 U.S.C. § 1395h. Hereinafter, the several fiscal intermediaries that serviced Plaintiffs shall be referred to collectively as "the Intermediary."

10.     Among the statutory duties of the Intermediary is that it "serve as a center for, and communicate to providers, any information or instructions furnished to it by the Secretary . . . ." 42 U.S.C. § 1395h(a)(2).

11.     The reasonable cost reimbursement methodology applicable to this action provided periodic interim payments to certified Medicare providers on an interim basis during each fiscal period. *See* 42 U.S.C. § 1395g.

12.     After the close of each provider's fiscal period, each provider was required to submit to an intermediary an annual Medicare cost report, which was designed to identify the costs of healthcare services rendered for that period.

---

[1]     The reasonable cost methodology of reimbursing SNFs has been superseded by the Medicare prospective payment system.

13.    Upon receipt and review of a provider's cost report, an intermediary audited the cost report and issued a final determination of the allowable Medicare reimbursement, including any underpayment or overpayment made to the provider, in the form of a written Notice of Amount of Program Reimbursement ("NPR"). *See* 42 C.F.R. § 405.1803.

14.    A provider, or a group of providers with a common issue, that is dissatisfied with an intermediary's determination of reasonable costs may appeal the final determination of total Medicare program reimbursement to the PRRB.    *See* 42 U.S.C. § 1395oo(a); 42 C.F.R. §§ 405.1835, 405.1837; *see also* 42 C.F.R. § 405.1807.

15.    The Social Security Act empowers the PRRB "to affirm, modify or reverse a final determination of the fiscal intermediary with respect to a cost report and to make any other revisions on matters covered by such cost report (including revisions adverse to the provider of services) even though such matters were not considered by the Intermediary in making such final determination." 42 U.S.C. § 1395oo(d).

16.    A decision of the PRRB, which is required by law to be supported by substantial evidence when the record is viewed as a whole, is final and binding unless the Secretary reverses, affirms, or modifies the decision within 60 days of the provider's receipt of the decision. *See* 42 U.S.C. §§ 1395oo(d), 1395oo(f)(1).

17.    A provider or group of providers may appeal the final decision of the PRRB by filing a civil action in federal district court within 60 days of receipt either of a final decision by the PRRB or of any reversal, affirmation or modification of that decision by the Secretary, acting through the Administrator of CMS. *See* 42 U.S.C. § 1395oo(f)(1).

## V.     FACTS

18.     The cost periods relevant in this action are fiscal years ending ("FYEs") in 1995, 1996 and 1997.

19.     At all times relevant to this action, Plaintiffs received Medicare reimbursement under the reasonable cost methodology.

20.     Plaintiffs incurred costs and expenses in FYEs 1995, 1996 and 1997 related to, among other things: (i) workers' compensation insurance; (ii) Federal unemployment tax ("FUTA"); (iii) state unemployment tax ("SUTA"); and (iv) Federal Insurance Contribution Act taxes ("FICA"). CMS refers to these four costs collectively as "payroll-related tax costs."

21.     Plaintiffs included their payroll-related tax costs, in full, on their filed cost reports for FYEs 1995, 1996 and 1997. Plaintiffs allocated all of these costs as Health and Welfare ("H&W") costs, rather than as Administrative and General ("A&G") costs. As a result, Medicare reimbursed Plaintiffs for a smaller proportion of these payroll-related tax costs than it would have if these costs had instead been allocated as A&G costs.

22.     The central underlying issue in this case is whether these payroll-related tax costs properly could have been allocated to the A&G cost center by Plaintiffs or whether they were instead required to be allocated to the cost center associated with employee fringe benefits, *i.e.*, the H&W Cost Center.

23.     The Medicare statute and regulations do not specify whether the payroll-related tax costs at issue should be treated as a provider's employee benefits cost and

allocated to the H&W cost center or whether they should instead be treated as overhead expenses and allocated to the A&G cost center.

24.    The Intermediary, however, had historically required Plaintiffs to allocate all payroll-related tax costs to the H&W cost center because it considered the costs to be employee benefits, rather than overhead expenses.  Plaintiffs have consistently asserted that their expenses for workers' compensation, FUTA, SUTA and the employer's share of FICA taxes are not employee benefit costs, but are instead overhead costs.

25.    Given the Intermediary's historic requirement, however, it would have been futile for Plaintiffs to submit a claim for cost reimbursement in a manner considered improper by the Intermediary.  Indeed, the Secretary has conceded that this is true by virtue of the Stipulated Order agreed to and entered on February 14, 2003, in another case filed in this Court, *Genesis Health Ventures of Naugatuck, Inc. v. Thompson*, Case No. 02-00745 (RMU).

26.    Plaintiffs therefore completed their cost reports for FYEs 1995, 1996 and 1997 in a manner consistent with the Intermediary's historic requirement for treatment of all payroll-related tax costs by allocating all such costs to the H&W cost center.

27.    Plaintiffs timely filed cost reports for FYEs 1995, 1996 and 1997, as required by 42 C.F.R. § 413.24(f)(2).

28.    Unbeknownst to Plaintiffs at the time, on April 14, 1998, the Intermediary, specifically Veritus Medicare Services ("Veritus"), requested information from the HCFA (now CMS) Central Office in Baltimore ("CMS Central") about the proper method for allocating payroll-related tax costs on cost reports.

29.    Unbeknownst to Plaintiffs at the time, on or about May 5, 1998, CMS Central responded to the Intermediary with interpretative guidance in the form of a letter (the "5/5/98 CMS Central Letter").    In particular, the 5/5/98 CMS Central Letter communicated the following instructions to the Intermediary:

> Worker's compensation and other employment-related taxes (employer's share of FICA, unemployment compensation) are not fringe (employee) benefits; rather, they are administrative business costs of the provider. Accordingly, these costs are generally included in the provider's administrative and general cost center . . . .

(Letter from Bruce R. Oliver to Rebecca S. Shirey received on May 5, 1998).

30.    Unbeknownst to Plaintiffs at the time, in follow-up correspondence sent on June 15, 1998, the Intermediary contacted CMS Central to confirm the instructions communicated by the 5/5/98 CMS Central letter.

31.    Unbeknownst to Plaintiffs at the time, on or about July 6, 1998, CMS Central responded to the Intermediary (the "7/6/98 CMS Central Letter") and confirmed the instructions communicated by its earlier 5/5/98 CMS Central Letter.  In particular, the 7/6/98 CMS Central Letter stated as follows:

> Payroll-related taxes such as workers compensation, unemployment compensation and F.I.C.A. (employer's share) are not considered fringe benefits because they are not amounts paid to, or on behalf of, an employee in addition to direct salary or wages (see PRM Section 2144.1).  Rather, these costs are considered payroll-related tax costs.

(Letter from Bruce R. Oliver to Richard C. Rinschler dated July 6, 1998).

32.    The 7/6/98 CMS Central Letter further instructed the Intermediary that "providers may include these costs in the A&G cost center for allocation purposes" and

also advised the Intermediary that CMS Central had "no plans to limit the flexibility that providers have in reporting these costs." (*Id.*).

33.     The Intermediary was obligated to provide Plaintiffs with notice of the instructions on the proper method for reporting of payroll-related tax costs as set forth in the 5/5/98 CMS Central Letter and the 7/6/98 CMS Central Letter. *See* 42 U.S.C. § 1395h(a)(2)(A).

34.     The Intermediary never provided any notice to Plaintiffs regarding the instructions and interpretive guidance communicated by the two CMS Central Letters that payroll-related tax costs could properly be allocated on providers' cost reports as A&G costs.

35.     The Intermediary issued NPRs to Plaintiffs for FYEs 1995, 1996 and 1997 beginning on February 14, 1997, and continuing to June 23, 2000.

36.     Notwithstanding the instructions received from CMS Central on the proper allocation of payroll-related tax costs on cost reports, the Intermediary did not adjust the allocation methodology used by Plaintiffs to report their payroll-related tax costs.    Rather, the Intermediary continued to process Plaintiffs cost reports, and to compute the reimbursement amounts due Plaintiffs, while treating all payroll-related tax costs as H&W costs.

37.     On April 6, 1999, the PRRB issued a seminal decision regarding payroll-related tax costs in appeals filed by providers unrelated to Plaintiffs. *See Longwood Management Corporation 94-95 Workers Comp. Group*, PRRB Dec. 99-D34 (Apr. 6, 1999).    In its *Longwood* decision, the PRRB rejected the position asserted by the Intermediary in that case—which is the very same position the Intermediary again asserts

in the present case—that all payroll-related tax costs should be allocated as H&W costs, and instead determined that the payroll-related tax costs there in issue should be allocated as A&G costs.

38.    Despite the definitive PRRB decision in *Longwood* addressing the proper allocation of payroll-related tax costs, the Intermediary continued to finalize Plaintiffs' cost reports while treating all payroll-related tax costs as H&W costs and continued to issue NPRs without any adjustment to Plaintiffs' reporting methodology used to report payroll-related tax costs.

39.    The two CMS Central Letters were not in existence at the time Plaintiffs filed their FY 1995 cost reports (no later than November 1996) or their FY 1996 cost reports (no later than November 1997).  Accordingly, the cost allocation methodology utilized to complete the 1995 and 1996 cost reports conformed with the Intermediary's historic (and erroneous) requirement that all payroll-related tax costs be allocated as H&W costs, and not with the instructions communicated to the Intermediary by the two CMS Central Letters stating that providers may properly allocate such costs as A&G costs.

40.    Similarly, Plaintiffs had no knowledge of the two CMS Central Letters at the time they filed their cost reports the following year for FY 1997 (no later than May 31, 1998).  Accordingly, the cost allocation methodology utilized to complete the 1997 cost reports was also in accordance with the Intermediary's historical requirement, and not with the instructions communicated to the Intermediary by the two CMS Central Letters.

41.    In or around May 1999, Plaintiffs first learned of the existence of the two CMS Central Letters.

42.    On September 6 and 26, 2000, the PRRB issued two additional decisions relating to payroll-related tax costs in cases stemming from appeals filed by providers unrelated to Plaintiffs. *See Seniors Management 95 Workers Comp. Group*, PRRB Dec. 2000-D79 (Sept. 6, 2000); *Extendicare 1996 Insurance Allocation Group*, PRRB Dec. 2000-D88 (Sept. 26, 2000). In each of these decisions, the PRRB again rejected the position asserted by the Intermediary here that all payroll-related tax costs must be allocated on cost reports as H&W costs.

43.    The two CMS Central Letters, along with the *Longwood*, *Seniors Management* and *Extendicare* decisions, confirm that the Intermediary finalized Plaintiffs' cost reports and issued NPRs to Plaintiffs in a manner and with a result that was contrary to Medicare policy as well as the specific instructions and interpretive guidance communicated to the Intermediary by CMS Central.

44.    In or about May 1999, Plaintiffs made the Intermediary aware of their desire to amend their cost reports in accordance with Medicare policy as expressed in the two CMS Central Letters and the PRRB decisions cited above.

45.    As a result of the Intermediary's failure to reallocate the payroll-related tax costs from H&W to A&G in its final determinations, Plaintiffs were reimbursed for a smaller portion of payroll-related tax costs than they were entitled to under Medicare policy as expressed in the two CMS Central Letters and the PRRB decisions cited above. Accordingly, Plaintiffs are dissatisfied with the Intermediary's final determinations as to the total amount of program reimbursement for FYEs 1995, 1996 and 1997.

## VI.    ADMINISTRATIVE PROCEEDINGS

46.    The NPRs issued to Plaintiffs constitute the Intermediary's final determinations of the amounts of total program reimbursement due Plaintiffs for the items and services furnished to beneficiaries for which payment may be made under the Medicare Program for FYEs 1995, 1996, and 1997, respectively.

47.    On November 19, 1999, Plaintiffs filed a request for group appeal, in accordance with 42 U.S.C. § 1395oo, to address their dissatisfaction with the Intermediary's final determination as to the total amount of program reimbursement due Plaintiffs by formally disputing before the PRRB the Intermediary's continued treatment of Plaintiffs' payroll-related tax costs as H&W costs, rather than as A&G costs. Although the appeal was filed more than 180 days after all but two of the NPR's involved in this case were issued, it was filed less than three years after the first such NPR was issued. Based on the facts alleged above, as well as other information in the record, Plaintiffs demonstrated good cause to extend the filing date for their group appeal. Accordingly, the PRRB should have extended the filing date for appeals from the NPRs at issue and exercised jurisdiction over the appeals. *See* 42 CFR § 405.1841(b).

48.    Plaintiffs were unable to file timely appeals to the PRRB from all but two of the NPRs at issue because—due to the Intermediary's failure to notify Plaintiffs about the instructions and guidance communicated by the two CMS Central Letters—Plaintiffs did not know within 180 days of the issuance of the NPRs that they could properly allocate all of their payroll-related tax costs as A&G costs on the subject cost reports. Indeed, in a related appeal before the PRRB, a majority of the Board concluded as follows:

31

The record in this case also contains a letter dated on or about May 5, 1998, from a high ranking and respected CMS Director, Bruce R. Oliver, in which he states that the proper recording of workers compensation, employers' share of F.I.C.A., and unemployment compensation taxes should be in the administrative and general cost center. This was conveyed to the Intermediary, Veritus Medicare Services. The record also reflects a letter dated April 8, 1999 from Ward C. Pleines of CMS in Baltimore, confirming a discussion between Bruce R. Oliver and Mr. Paul R. Gulbrandson (ie. [sic] the Provider Group Representative) applicable to this same issue. The conclusion was identical to the May 5, 1998 Letter.

*   *   *

*It is the intermediary's responsibility to help providers and not be an adversary. Veritus [i.e., the Intermediary] has disregarded the instructions it has received from CMS in this situation.*

(*Genesis Proper Cost Category Group, Providers Nos. Various, FYEs 1996 and 1997*, PRRB Case No. 99-3663G (Feb. 20, 2002) (Dissenting Opinion of Stanley J. Sokolove) (emphasis added); (*id.* at Concurring Opinion of Suzanne Cochran and Henry C. Wessman) ("the providers here were not treated equitably by the Intermediary and deserve relief")).

49.    The total amount in controversy for this group appeal, as that term is used in 42 U.S.C. § 1395oo(b), exceeded $50,000; Plaintiffs estimate that the total amount by which they have been underpaid is approximately $6,000,000.

50.    On February 13, 2006, the PRRB ruled that it lacked jurisdiction over the group appeal for PRRB Case Nos. 00-0230G, 00-0231G, and 00-0232G, and the CMS Administrator has declined review. Specifically, with respect to all but two of the NPRs at issue, the Board found that there was not good cause for late filing. As to the remaining two NPRs, the Board ruled that it lacked jurisdiction based on its finding that

32

Plaintiffs failed to demonstrate dissatisfaction with the Intermediary's determination. Under 42 U.S.C. § 1395oo(f)(1) and 42 C.F.R. § 405.1877(9)(1), the PRRB's decision is a final decision of the Secretary, and is therefore subject to judicial review through a civil action filed in this Court within sixty days of Plaintiffs' receipt of the PRRB's decision.

51.    The PRRB's decision that it lacked jurisdiction over this group appeal was unlawful and must be set aside because it was arbitrary, capricious, an abuse of discretion, and/or otherwise not in accordance with law.

## VII.    RELIEF REQUESTED

52.    WHEREFORE, Plaintiffs request that this Court review the PRRB's February 13, 2006 decision in PRRB Case Nos. 00-230G, 00-231G and 00-232G, vacate the PRRB's decision, and remand this case with instructions that the PRRB accept jurisdiction and permit Plaintiffs appeal to be heard in a formal PRRB hearing. Plaintiffs further request that this Court grant them such other and further relief as this Court deems appropriate.

Respectfully submitted,

_____
Joseph Brooks
(D.C. Bar # 366739)
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-3000
*Attorneys for Plaintiffs*

April 17, 2006

# ATTACHMENT

Apr 12 06 01:11p       PAUL R. GULGRANDSON        8478365542              p.2
04/12/2006  13:41    410-786-5298              OH/PRRB/MGCRB                    PAGE  02

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671                    FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

Refer to    00-0230G, 00-0231G and 00-0232G

CERTIFIED MAIL                                            FEB 1 3 2006

Paul R. Gulbrandson, CPA              James Palovick
Paul R. Gulbrandson LLC               Veritus Medicare Services
847 Hemlock Drive                     120 Fifth Avenue
Sleepy Hollow, IL  60118              Suite P5301
                                      Pittsburgh, PA  15222

                RE: Genesis 95/96/97 Apply & Inform
                    Provider No.s Various
                    FYE - Various
                    PRRB Case No.s 00-0230G, 00-0231G and 00-0232G

Dear Messrs. Gulbrandson and Palovick:

The Provider Reimbursement Review Board (Board) has reviewed the jurisdictional briefs of the parties
regarding good cause for late filing in the above-referenced appeals. The jurisdictional determination of
the Board is set forth below.

Background

The Providers' filed the appeals on November 19, 1999, from NPR's dated from February 14, 1997
through June 23, 2000. Of the 285 provider cost reporting years included in the three group appeals, two
of the cost reports were appealed within 180 days of the issuance of the NPR. The issue under appeal is
whether the cost of FICA, FUTA and SUTA taxes were treated improperly by classifying these cost as
Employee Health and Welfare expense rather than Administrative and General expense.

Pursuant to 42 U.S.C. § 1395oo(a) and 42 C.F.R. §§ 405.1835 and 405.1841, a provider has the right to
a hearing before the Board with respect to a cost claimed on a timely filed cost report if it is dissatisfied
with the final determination of the intermediary, the amount in controversy is $10,000 or more (or
$50,000 for a group) and the request for hearing is filed within 180 days of the date of the final
determination. Under the provisions of 42 C.F.R. § 405.1841(b), the Board may consider whether there is
good cause for late filing.

Position of the Parties

The Providers' have sought good cause for late filing of the appeals because they assert that the
Intermediary failed to notify the Providers of important and critical information that they had received

Provider Reimbursement Review Board
Page 2 Paul R. Guibrandson

from CMS and as a result the Providers were greatly harmed. This information relates to communications between CMS employees and Veritus from May of 1998 through July of 1998 which advised the FI that workers compensation costs, FICA, FUTA and SUTA taxes should be treated as A&G costs. Also, the FI was a party in PRRB hearing Case 97-0139 in October of 1998 where the CMS letters instructing that costs should be grouped in A&G are discussed. Again, in April of 1999, CMS communications reaffirming its position relating to the grouping of the above stated costs were distributed. The Providers assert the Intermediary failed to satisfy its responsibility as set forth in HCFA Program Memorandum A-92-51, which directs the FI to "arrive at a correct settlement of the cost report", and to advise a Provider of circumstances in which a provider has inadvertently disadvantaged itself, if a circumstance such as this is uncovered during an audit.

The Intermediary asserts that the Providers' failed to submit the appeal request within 180 days of the final determination, which is the original Notice of Program Reimbursement. The Intermediary argues that good cause does not exist to warrant late filing.

Decision of the Board

The Board finds that each Provider in Case 00-0232G and 00-0231G did not file a timely appeal and there is not good cause for late filing. Consequently, the Board hereby dismisses both cases. Regardless of correspondence on the issue between the FI and CMS, the Providers had ample opportunity to appeal the issue prior to the expiration of the 180 days which they failed to do. The Providers have not demonstrated that there are circumstances under which the appeals could not have been filed on a timely basis or that the Providers were prohibited from filing. While it is noted that new information became available after the 180 day window that may have made the Providers' case for revision of the grouping of the costs stronger, the Providers could have filed an appeal based on their dissatisfaction with or without knowledge that CMS may have changed their opinion on the matter.

The Board finds that 13 of 15 Providers in Case 00-0230G also did not file a timely appeal and there is not good cause for late filing. Therefore, the Board dismisses each Provider in Case 00-0230G for untimely filing except for the following two Providers, who filed timely appeals:

- Knollwood, Provider 21-5148, FYE 9/30/1998; and
- Willow Manor, Provider 22-5511, FYE 12/31/1997.

For the two timely filed Providers in Case 00-0230G, the Board finds that Providers failed to demonstrate dissatisfaction with the intermediary's determination. As the Providers claimed the disputed payroll costs as employee health and welfare costs (EH&W) and not as administrative and general costs (A&G) in the cost reports and did not protest their treatment of the costs, the Providers' received what they claimed and failed to exhaust their administrative remedies. In addition, the Providers were not precluded by a statute, regulation, or ruling from claiming the Payroll costs as A&G costs rather than EH&W costs. Accordingly, the CMS correspondence included in the Providers' Good Cause Brief includes no manual or regulation references, and speaks to "generally" where the costs are grouped, and that CMS has no plans ". . . to limit the flexibility the Providers have in reporting these costs." The matter is, therefore, beyond the Board's jurisdiction and Case 00-0230G is dismissed.

Apr 12 06 01:11p   PAUL R. GULGRANDSON      8478365542        p.4
04/12/2006  13:41   418-786-5298      OH/PRRB/MGCRB        PAGE  04

Provider Reimbursement Review Board
Page 3 Paul R. Gulbrandson

Review of this decision is available under the provisions of 42 U.S.C. § 1395oo(f)(1) and 42 C.F.R. §§ 405.1875 and 405.1877.

<u>Board Members Participating</u>

Suzanne Cochran, Esq.
Gary B. Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes (Dissenting in part)

FOR THE BOARD:

Suzanne Cochran, Esq.
Chairman

Enclosures: 42 U.S.C. § 1395oo(f)(1) and 42 C.F.R. §§ 405.1875 and 405.1877.