

**FILED**
CO-386-online
APR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

GENESIS HEALTH VENTURES OF ) 
NAUGATUCK, INC., et al., )
                       Plaintiff )

           vs )

MICHAEL O. LEAVITT, in his capacity as )
Secretary of the Department of Health and )
Human Services, )
                   Defendant )

CASE NUMBER  1:06CV00689

JUDGE: John Garrett Penn

DECK TYPE: Administrative Agency Revi

DATE STAMP: 04/17/2006

CASE NUMBER  1:06CV00689

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Plaintiffs  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  (see Attachment)  which have

any outstanding securities in the hands of the public:

    Genesis HealthCare Corporation
    Meridian Healthcare Growth and Income Fund, L.P.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

    366739
BAR IDENTIFICATION NO.

Joseph Brooks
Print Name

1111 Pennsylvania Avenue, N.W.
Address

Washington, DC          20004
City         State       Zip Code

(202) 739-5572
Phone Number

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GENESIS HEALTH VENTURES OF    )
NAUGATUCK, INC., *et al.,*    )
    )
    )    **Civil Action No.:** _____
**Plaintiffs,**    )
**v.**    )
    )
MICHAEL O. LEAVITT, in his capacity as    )
    Secretary of the Department of Health    )
    and Human Services, an Agency of the    )
    United States Government,    )
    )
**Defendant.**    )
_____)

## ATTACHMENT TO CERTIFICATE RULE LCvR 7.1

### Facilities owned by Genesis HealthCare Corporation

1. Derby Nursing Center Corp, d/b/a Derby Center, 210 Chatfield Street, Derby, CT 06418;

2. Health Resources of Rockville, Inc., d/b/a Fox Hill Center, 22 South Street, Vernon Rockville, CT 06066;

3. Genesis Health Ventures of Naugatuck, Inc., d/b/a Glendale Center, 4 Hazel Avenue, P.O. Box 150, Naugatuck, CT 06770-0150;

4. Health Resources of Groton, Inc., d/b/a Groton Regency Center, 1145 Poquonock Road, Groton, CT 06340;

5. Health Resources of Colchester, Inc, d/b/a Harrington Court (formerly Colchester), 59 Harrington Court, Colchester, CT 06415;

6. Genesis Health Ventures of Bloomfield, Inc., d/b/a Kimberly Hall North, 1 Emerson Drive, Windsor, CT 06095;

7. Genesis Health Ventures of Bloomfield, Inc., d/b/a Kimberly Hall South, 1 Emerson Drive, Windsor, CT 06095;

8. Mabri Convalescent Center, Inc., d/b/a Meriden Center, 845 Paddock Avenue, Meriden, CT 06450;

9. Health Resources of Norwalk, Inc, d/b/a Norwalk Center, 73 Strawberry Hill Ave., Norwalk, CT 06855;

10. Health Resources of Glastonbury, Inc., d/b/a Salmon Brook Center, 72 Salmon Brook Drive, Glastonbury, CT 06033;

11. Health Resources of Wallingford, Inc., d/b/a Skyview Center, 35 Marc Drive Wallingford, CT 06492;

12. Genesis Properties of Delaware L.P., d/b/a Hillside Center, 810 South Broom Street, Wilmington, DE 19805;

13. Genesis Properties of Delaware L.P., d/b/a Seaford Center, 1100 Norman Eskridge Hwy., Seaford, DE 19973;

14. Milford Manor Nursing & Rehab. Center, d/b/a Milford Center, 700 Marvel Road, Milford, DE 19963;

15. Dover Health Care Associates, Inc., d/b/a Silver Lake Center, 1080 Silver Lake Blvd., Dover, DE 19904;

16. Hoosier Care III Inc., d/b/a Churchman's Village, 4949 Ogletown-Stanton Road, Newark, DE 19713;

17. Age Institute of Florida, d/b/a Bartow Convalescent, 2055 E. Georgia St., Bartow, FL 33830;

18. Age Institute of Florida, d/b/a Bay Convalescent, 1336 St. Andrews Blvd., Panama City, FL 32405;

19. Age Institute of Florida, d/b/a Boca Ciega Center, 1414 59th St. S., Gulfport, FL 33707;

20. Age Institute of Florida, d/b/a Clearwater Healthcare, 1270 Turner St., Clearwater, FL 34616;

21. Age Institute of Florida, d/b/a Egret Cove, 550 62nd St. South, St. Petersburg, FL 33707;

22. Age Institute of Florida, d/b/a Lakeland Hills, 610 East Bella Vista Dr., Lakeland, FL 33805;

23. Age Institute of Florida, d/b/a Tarpon Bayou Center, 515 Chesapeake Dr., Tarpon Springs, FL 34689;

24. Age Institute of Florida, d/b/a The Groves, 512 South 11th St., Lake Wales, FL 33853;

25. Age Institute of Florida, d/b/a University Center East, 991 East New York Ave., Deland, FL 32724;

26. Age Institute of Florida, d/b/a University Center West, 454 West Euclid Ave., Deland, FL 32724;

27. Genesis Eldercare National Centers, Inc., d/b/a Bowmans Center, 350 South Ridgewood, Ormond Beach, FL 32174;

28. Genesis Eldercare National Centers, Inc., d/b/a Brandywyne Healthcare, 1801 N. Lake Mariam Drive, Winter Haven, FL 33884;

29. Genesis ElderCare National Centers, Inc., d/b/a Oakwood Center, 301 South Bay St., Eustis, FL 32726;

30. Genesis ElderCare National Centers, Inc., d/b/a Surrey Place, 110 S.E. Lee St., Live Oak, FL 32060;

31. Genesis ElderCare National Centers, Inc., d/b/a Sutton Place, 4405 Lakewood Rd., Lake Worth, FL 33461;

32. Volusia Meridian LP, d/b/a Coquina Center, 170 North Center Street, Ormond Beach, FL 32174;

33. Genesis ElderCare Properties, Inc., d/b/a Fairway Oaks Center, 13806 North 46th Street, Tampa, FL 33613;

34. Genesis ElderCare Properties, Inc., d/b/a Riverwood Center, 2802 Parental Home Rd., Jacksonville, FL 32216;

35. Genesis ElderCare Properties, Inc., d/b/a Tierra Pines Center, 7380 Ulmerton Rd., Largo, FL 33771;

36. Meridian Health, Inc., d/b/a Highlands Lake Center, 4240 Lakeland Highlands Road, Lakeland, FL 33813;

37. Meridian Health, Inc., d/b/a Ruleme Center, 2810 Ruleme St., Eustis, FL 32726;

38. Brevard Meridian LP, d/b/a Indian River Center, 7201 Greenboro Drive, West Melbourne, FL 32904;

39. Seminole Meridian LP, d/b/a Island Lake Center, 155 Landover Place, Longwood, FL 32750;

40. Applewood Health Resources, Inc., d/b/a Applewood Center, 21020 Kostner Avenue, Matteson, IL 60443;

41. Chateau Village Health Resources, Inc., d/b/a Chateau Center, 7050 Madison Street, Willowbrook, IL 60521;

42. Colonial Health Resources, Inc., d/b/a Colonial Hall Center, 515 Bureau Valley Parkway, Princeton, IL 61356;

43. Elmwood Health Resources, Inc., d/b/a Elmwood Center, 1017 West Galena Blvd., Aurora, IL 60506;

44. Health Resources of Farmington, Inc, d/b/a Farmington Center, 701 S Main Street, Farmington, IL 61531;

45. Lakewood Health Resources, Inc., d/b/a Lakewood Center, 1112 North Eastern Avenue, Plainfield, IL 60544;

46. Century Care Management, Inc., d/b/a Lemont Center, 12450 Walker Road, Lemont, IL 60439;

47. Ridgeland Nursing & Rehab Center, d/b/a Ridgeland Center, 12550 South Ridgeland Avenue, Palos Heights, IL 60463;

48. Rivershores Nursing & Rehab Center, d/b/a Rivershores Center, 578 West Commercial Street, Marseilles, IL 61341;

49. Snow Valley Nursing & Rehab Center, d/b/a Snow Valley Center, 5000 Lincoln Avenue, Lisle, IL 60532;

50. Academy Nursing Home, Inc., d/b/a Academy Manor, 89 Morton Street, Andover, MA 01810;

51. Age Institute of Massachusetts, Inc., d/b/a Chapin, 200 Kendall St., Springfield, MA 01104;

52. Age Institute of Massachusetts, Inc., d/b/a Governors, 66 Broad St., Westfield, MA
    01085;

53. Age Institute of Massachusetts, Inc., d/b/a Willimansett East, 11 St. Anthony St.,
    Chicopee, MA 01013;

54. Age Institute of Massachusetts, Inc., d/b/a Willimansett West, 546 Chicopee St.,
    Chicopee, MA 01013;

55. Genesis Health Ventures of Massachusetts, Inc., d/b/a Heritage Hall East, 464 Main
    Street, P.O. Box 348, Agawam, MA  01001-0348;

56. Genesis Health Ventures of Massachusetts, Inc., d/b/a Heritage Hall South, 65
    Cooper Street, Agawam, MA  01001-0347;

57. Genesis Health Ventures of Massachusetts, Inc., d/b/a Heritage Hall West, 61 Cooper
    St., P.O. Box 325, Agawam, MA 01001;

58. ADS/Multicare Inc., d/b/a Coolidge House, 30 Webster St., Brookline, MA 02146;

59. Keystone Nursing Home, Inc., d/b/a Keystone Center, 44 Keystone Drive,
    Leominster, MA  01453;

60. Lincoln Nursing Home, d/b/a Lincoln Center, 299 Lincoln Street, Worcester, MA
    01605;

61. Charlton Nursing Care Center Partnership, d/b/a Sarah S. Brayton Nursing Center,
    4901 N. Main St., Fall River, MA 02720;

62. Wayside Nursing Home, Inc., d/b/a Wayside Center, 751 Grove Street, Worcester,
    MA  01605;

63. Westford Nursing & Retirement Center LP, d/b/a Westford House, 3 Park Drive,
    Westford, MA  01886;

64. Willow Manor Nursing Home Inc., d/b/a Willow Manor, 30 Princeton Blvd., Lowell, MA 01851;

65. Genesis Properties L.P., d/b/a Bayside Center, 1500 Great Mills Road, Lexington Park, MD 20653;

66. Genesis Properties L.P., d/b/a Laurelwood Center, 100 Laurel Dr., Elkton, MD 21922;

67. Genesis Properties, L.P., d/b/a Mallard Bay Center, 520 Glenburn Ave., Cambridge, MD 21613;

68. Greenspring Meridian L.P., d/b/a Brightwood Center, 515 Brightfield Road, Lutherville, MD 21093;

69. Catonsville Meridian L.P., d/b/a Catonsville Commons, 16 Fusting Avenue, Catonsville, MD 21228;

70. Meridian Health, Inc., d/b/a Corsica Hills Center, 205 Armstrong Avenue, P.O. Box 50, Centreville, MD 21617;

71. Meridian Health, Inc., d/b/a Hammonds Lane Center, 613 Hammonds Lane, Brooklyn Park, MD 21225;

72. Meridian Health, Inc., d/b/a Heritage Center, 7232 German Hill Road, Dundalk, MD 21222;

73. Meridian Health, Inc., d/b/a Long Green Center, 115 E. Melrose Ave., Baltimore, MD 21212;

74. Meridian Health, Inc., d/b/a Severna Park Center, 24 Truckhouse Rd., Severna Park, MD 21146;

75. Meridian Valley L.P., d/b/a Cromwell Center, 8710 Emge Rd., Baltimore, MD
    21234;

76. Franklin Square/Meridian Health Care Nursing Home L.P., d/b/a Franklin Woods
    Center, 9200 Franklin Square Dr., Baltimore, MD 21237;

77. Meridian Edgewood L.P., d/b/a Homewood Center, 6000 Bellona Avenue, Baltimore,
    MD 21212;

78. Knollwood Manor, Inc., d/b/a Knollwood Manor, 899 Cecil Avenue, Millersville,
    MD 21108;

79. Meridian Healthcare, Inc., d/b/a LaPlata Center, 1 Magnolia Drive, La Plata, MD
    20646;

80. Meridian Healthcare, Inc., d/b/a Layhill Center, 3227 Bel Pre Road, Silver Spring,
    MD 20906;

81. Meridian Healthcare, Inc., d/b/a Multi-Medical Center, 7700 York Rd., Towson, MD
    21204;

82. Meridian Healthcare, Inc., d/b/a Spa Creek Center, 35 Milkshake Ln., Annapolis, MD
    21403;

83. Meridian Valley View L.P., d/b/a Loch Raven Center, 8720 Emge Road, Baltimore,
    MD 21234;

84. Magnolia Gardens L.L.C., d/b/a Magnolia Center, 8200 Good Luck Rd., Lanham,
    MD 20706;

85. Meridian Nursing Center - Perring Parkway, d/b/a Perring Parkway Center, 1801
    Wentworth Road, Baltimore, MD 21234;

86. Easton Meridian L.P., d/b/a The Pines, 610 Dutchman's Lane, Easton, MD 21601;

87. McKerley Health Care Centers, Inc., d/b/a Country Village Center, 91 Country Village Road, Lancaster, NH 03584;

88. McKerley Health Care Centers, Inc., d/b/a Harris Hill Center, 20 Maitland Street, Concord, NH 03301;

89. McKerley Health Care Centers, Inc., d/b/a Keene Center, 677 Court Street, Keene, NH 03431;

90. McKerley Health Care Centers, Inc., d/b/a Laconia Center, 175 Blueberry Lane, Laconia, NH 03246;

91. McKerley Health Care Centers, Inc., d/b/a Lebanon Center, 24 Old Etna Road, Lebanon, NH 03766;

92. McKerley Health Care Centers, Inc., d/b/a Mountain Ridge Center, 7 Baldwin Street, Franklin, NH 03235;

93. McKerley Health Care Centers, Inc., d/b/a Pleasant View Center, 239 Pleasant Street, Concord, NH 03301;

94. McKerley Health Care Centers, Inc., d/b/a Ridgewood Center, 25 Ridgewood Road, Bedford, NH 03110;

95. Pompton Care LLC, d/b/a Arbor Glen Center, Pompton Avenue & East Lindsley Road, Cedar Grove, NJ 07009;

96. Northwest Total Care Centers Associates, L.P., d/b/a Brakeley Park Center, 290 Red School Lane, Phillipsburg, NJ 08865;

97. Burlingon Woods Convalescent Center, Inc., d/b/a Burlington Woods, 115 Sunset Road, Burlington, NJ 08016;

98. Roephel Convalescent Center Inc, d/b/a Cinnaminson Center, 1700 Wynwood Drive, Cinnaminson, NJ 08077;

99. Claremont Health Systems, Inc., d/b/a (Hoosier) Claremont Center, 1515 Hulse Rd., Point Pleasant, NJ 08742;

100.   Geriatric and Medical Services, Inc., d/b/a Cooper River East, 5101 North Park Drive, Pennsauken, NJ 08109;

101.   Geriatric and Medical Services, Inc., d/b/a Cooper River West, 5105 North Park Drive, Pennsauken, NJ 08109;

102.   Health Resources of Cranbury, LLC, d/b/a Cranbury Center, 292 Applegarth Road, Monroe Township, NJ 08831;

103.   Health Resources of Ewing, LLC, d/b/a Ewing Center, 1201 Parkway Avenue, Trenton, NJ 08628;

104.   Encare of Mendham, LLC, d/b/a Holly Manor Center, 84 Cold Hill Road, Mendham, NJ 07945;

105.   Health Resources of Englewood, LLC, d/b/a Inglemoor Center, 333 Grand Avenue, Englewood, NJ 07631;

106.   Health Resources of Englewood, LLC, d/b/a Ingleside Center, 1016 South Washington Avenue, Old Tappan, NJ 07675;

107.   Health Resources of Jackson, LLC, d/b/a Jackson Center, 11 History Lane Jackson, NJ 08527;

108.   Health Resources of Eatontown, d/b/a Jersey Shore Center, 3 Industrial Way East, Eatontown, NJ 07724;

109.    Geriatric and Medical Services, Inc., d/b/a Kresson View Center, 2601 Evesham Road, Voorhees, NJ 08043;

110.    Geriatric and Medical Services, Inc., d/b/a Lacey Center, 916 Lacey Road, Forked River, NJ 08731;

111.    Health Resources of Lakeview, Inc., d/b/a Lakeview Center, 963 Ocean Avenue, Lakewood, NJ 08701;

112.    Health Resources of Marcella, Inc., d/b/a Marcella Center, 2305 Rancocas Road, Burlington Township, NJ 08016;

113.    Brevut Convalescent Center, LLC, d/b/a Mercerville Center, 2240 White Horse Mercerville Road, Mercerville, NJ 08619;

114.    Millville Meridian L.P., d/b/a Millville Center, 54 Sharp Street, Millville, NJ 08332;

115.    Health Resources of Morristown, Inc., d/b/a Morris Hills Center, 77 Madison Avenue, Morristown, NJ 07960;

116.    North Cape Convalescent Center Associates, L.P., d/b/a North Cape Center, 700 Townbank Road, North Cape May, NJ 08204;

117.    Health Resources of South Brunswick LLC, d/b/a Park Place Center, 2 Deer Park Drive, Monmouth Junction, NJ 08852;

118.    Geriatric and Medical Services, Inc., d/b/a Phillipsburg Center, 843 Wilbur Avenue, Phillipsburg, NJ 08865;

119.    Geriatric and Medical Services, Inc., d/b/a Lopatcong Center, 390 Red School Lane, Phillipsburg, NJ 08865;

120.    Health Resources of Bridgeton, LLC, d/b/a Rainbow Center, 849 Big Oak Road, Pittsgrove, NJ 08318;

121.    Health Resources of Ridgewood, LLC, d/b/a Ridgewood Center, 330 Franklin Turnpike, Ridgewood, NJ 07450

122.    Stafford Convalescent Center, Inc., d/b/a Southern Ocean Center, 1361 Route 72 West, Manahawkin, NJ 08050;

123.    Health Resources of West Orange, LLC, d/b/a Summit Ridge Center, 20 Summit Street, West Orange, NJ 07052;

124.    S.T.B. Investors, Ltd, d/b/a Troy Hills Center, 200 Reynolds Avenue, Parsippany, NJ 07054;

125.    Meridian Healthcare, Inc., d/b/a Voorhees Center, 3001 Evesham Road, Voorhees, NJ 08043;

126.    Health Resources of Cedar Grove, Inc., d/b/a Waterview Center, 536 Ridge Road, Cedar Grove, NJ 07009;

127.    Meridian Healthcare, Inc., d/b/a Westfield Center, 1515 Lamberts Mill Road, Westfield, NJ 07090;

128.    PHC Operating Corp., d/b/a Columbus Quality Care, 4301 Clime Road North, Columbus, OH 43228;

129.    Providence Health Care, Inc., d/b/a Cortland Quality Care, 369 North High Street, Cortland, OH 44410;

130.    PHC Operating Corp., d/b/a Greenbriar Quality Care, 8064 South Avenue, Boardman, OH 44512;

131. Providence Health Care, Inc., d/b/a Holgate Quality Care, 600 Joe E. Brown Ave., Holgate, OH 43527;

132. Providence Health Care, Inc., d/b/a Kent Quality Care, 1290 Fairchild Ave., Kent, OH 44240;

133. PHC Operating Corp., d/b/a Oak Grove Center, 620 East Water Street, Deshler, OH 43516;

134. PHC Operating Corp., d/b/a Paradise Oaks Center, 152 Main Street, Cloverdale, OH 45827;

135. PHC Operating Corp., d/b/a Somerset Center, 411 South Columbus Street, Somerset, OH 43783;

136. PHC Operating Corp., d/b/a Willard Center, 725 Wessor Avenue, Willard, OH 44890;

137. Edella Street Assoc., d/b/a Abington Manor, 100 Edella Road, Clarks Summitt, PA 18411;

138. Berks Nursing Homes, Inc., d/b/a Berkshire Center, 5501 Perkiomen Avenue, Reading, PA 19606;

139. Geriatric and Medical Services, Inc., d/b/a Brandywine Hall, 800 West Miner Street, West Chester, PA 19382;

140. Brinton Manor, Inc., d/b/a Brinton Manor, 549 Baltimore Pike, Glen Mills, PA 19342;

141. Crozer-Genesis ElderCare L.P., d/b/a Belvedere Nursing and Rehab Center, 2507 Chestnut St., Chester, PA 19103;

142.  Crozer-Genesis ElderCare L.P., d/b/a Chapel Manor, 1104 Welsh Rd.,
      Philadelphia, PA 19115;

143.  Crozer-Genesis ElderCare L.P., d/b/a Pennsburg Manor, 530 Macoby St.,
      Pennsburg, PA 18073;

144.  Crestview North, Inc., d/b/a Crestview Center, 262 Toll Gate Road, Langhorne,
      PA  19047;

145.  Geriatric and Medical Services, Inc., d/b/a Fairview Care Center of Bethlehem
      Pike, 184 Bethlehem Pike, Philadelphia, PA  19118;

146.  Geriatric and Medical Services, Inc., d/b/a Fairview Care Center of Paper Mill
      Road, 850 Paper Mill Road, Glenside, PA  19038;

147.  Geriatric and Medical Services, Inc., d/b/a Hamilton Arms Center, 336 South
      West End Avenue, Lancaster, PA  17603;

148.  Age Institute of Pennsylvania, d/b/a Dorrance Manor, 615 Wyoming Ave.,
      Kingston, PA 18704;

149.  Age Institute of Pennsylvania, d/b/a Towne Manor East, 2004 Old Arch Rd.,
      Norristown, PA 19401;

150.  Age Institute of Pennsylvania, d/b/a Towne Manor West, 205 E. Johnson Hwy.,
      Norristown, PA 19401;

151.  Crestview Convalescent Home, Inc., d/b/a Hillcrest Center, 1245 Church Road,
      Wyncote, PA  19095;

152.  Healthcare Resources Corporation, d/b/a Homestead Center, 1113 North Easton
      Road, Willow Grove, PA  19090;

153.    The Straus Group Hopkins House, LP, d/b/a Hopkins Center, 8100 Washington Lane, Wyncote, PA 19095;

154.    Laurel Health Resources, Inc., d/b/a Laurel Center, 125 Holly Road, Hamburg, PA 19526;

155.    Lehigh Nursing Homes, Inc., d/b/a Lehigh Center, 1718 Spring Creek Road, Macungie, PA 18062;

156.    Geriatric and Medical Services, Inc., d/b/a Liberty Court (formerly Rittenhouse Care), 1526 Lombard Street, Philadelphia, PA 19146;

157.    Geriatric and Medical Services, Inc., d/b/a Mayo Center, 650 Edison Avenue, Philadelphia, PA 19116;

158.    Philadelphia Avenue Associates, d/b/a Mifflin Center, 500 East Philadelphia Avenue, Shillington, PA 19607;

159.    Senior Living Ventures, Inc., d/b/a Orwigsburg Center, 1000 Orwigsburg Manor Drive, Orwigsburg, PA 17961;

160.    Pennypack Nursing & Rehab Center, d/b/a Pennypack Center, 8015 Lawndale Street, Philadelphia, PA 19111;

161.    The Straus Group Quakertown Manor LP, d/b/a Quakertown Center, 1020 South Main Street, Quakertown, PA 18951;

162.    Norristown Nursing & Rehabilitation Center Associates, L.P., d/b/a Rittenhouse Pine Center, 1700 Pine Street, Norristown, PA 19401;

163.    River Street Associates, d/b/a Riverstreet Manor, 440 North River Street, Wilkes-Barre, PA 18702;

164.  Rose View Manor, Inc., d/b/a Rose View Center, 1201 Rural Avenue, Williamsport, PA 17701;

165.  Delm Nursing, Inc., d/b/a Sanatoga Center, 225 Evergreen Road, Pottstown, PA 19464;

166.  Schuykill Nursing Homes, Inc., d/b/a Schuykill Center, 1000 Schuykill Manor Road, Pottsville, PA 17901;

167.  Geriatric and Medical Services, Inc., d/b/a Silver Stream Center, 905 Penllyn Pike, P.O. Box 397, Spring House, PA 19477;

168.  JHS Extended Care, Inc., d/b/a Wayne Center, 30 West Avenue, Wayne, PA 19087;

169.  Montgomery Nursing Homes, Inc, d/b/a Willow Ridge Center, 3485 Davisville Road, Hatboro, PA 19040;

170.  Highland Health System, Inc., d/b/a Highland Center, 1050 Broadview Blvd., Brackenridge, PA 15014;

171.  Delaware Valley Convalescent Homes, Inc., d/b/a Silver Lake Center, 905 Tower Rd., Bristol, PA 19007;

172.  Health Resources of Middletown (RI), Inc., d/b/a Grand Islander Center, 333 Green End Avenue, Middletown, RI 02842;

173.  Health Resources of Cumberland, Inc., d/b/a Grandview Center, Chambers & John Street, Cumberland, RI 02864;

174.  Health Resources of Warwick, Inc., d/b/a Kent Regency Center, 660 Commonwealth Avenue, Warwick, RI 02886;

175. Genesis Eldercare National Centers, Inc., d/b/a Jefferson Park, 1214 Jefferson Park Avenue, Charlottesville, VA 22903;

176. Oak Hill Health Care Center, Inc., d/b/a Oak Hill Center, 512 Houston Street, Staunton, VA 24401;

177. Crystal City Nursing & Rehab. Center, d/b/a Potomac Center, 1785 South Hayes Street, Arlington, VA, 22202;

178. Health Resources of Norfolk, Inc., d/b/a Thornton Hall Center, 827 Norview Avenue, Norfolk, VA 23509;

179. Westwood Health Care Center, d/b/a Westwood Center, Westwood Medical Park, Bluefield, VA 24605;

180. Genesis ElderCare National Centers, Inc., d/b/a Williamsburg Center, 1235 Mount Vernon Avenue, Williamsburg, VA 23185;

181. Genesis ElderCare National Centers, Inc., d/b/a Woodmont Center, 11 Dairy Lane, P.O. Box 419, Fredericksburg, VA 22404;

182. Providence Health Care, Inc., d/b/a Bel-Aire Center, Bel-Aire Drive, Newport, VT 05855;

183. McKerley Health Care Centers, Inc., d/b/a Morrisville Center, 72 Harrell Street, Morrisville, VT 05661;

184. McKerley Health Care Centers, Inc., d/b/a Mountain View Center, 9 Haywood Avenue, P.O. Box 6623, Rutland, VT 05701;

185. Health Resources of Kamenta and Madison, Inc , d/b/a Belmont Center, 110 Belmont Road, Madison, WI 53714;

186.  Bethel Health Resources, Inc., d/b/a Bethel Center, 8014 Bethel Road, Arpin, WI, 54410;

187.  Colonial House Health Resources, Inc., d/b/a Colonial Center, 702 West Dolf Street, Colby, WI 54421;

188.  Health Resources of Columbus, Inc., d/b/a Columbus Center, 825 Western Ave., Columbus, WI 53925;

189.  Health Resources of Karmenta and Madison, Inc., d/b/a Karmenta Center, 4502 Milwaukee Street, Madison, WI 53714;

190.  Marshfield Nursing & Rehab Center, d/b/a Marshfield Center, 814 West 14th Street, Marshfield, WI 54449;

191.  River Pines Nursing & Rehab Center, d/b/a River Pines Center, 1800 Sherman Avenue, Stevens Point, WI 54481;

192.  Genesis Health Ventures of West Virginia, L.P., d/b/a Ansted Center, Old Route 60, Ansted, WV 25812;

193.  Brightwood Property, Inc., d/b/a Brightwood Center, 840 Lee Road, Follansbee, WV 26037;

194.  Glenmark Associates, d/b/a Cedar Ridge Center, 302 Cedar Ridge Road, Sissonville, WV 25320;

195.  Hilltop Health Care Center, Inc., d/b/a Hilltop Center, Saddle Shop Road, P.O. Box 125, Hilltop, WV 25855;

196.  Madison Center, d/b/a Madison Rehab. & Nursing Center, 161 Bakers Ridge Road, Morgantown, WV 26505;

197. Raleigh Manor, L.P., d/b/a Raleigh Center, 1631 Ritter Drive, Box 741, Daniels, WV 25832;

198. Rosewood Nursing & Rehab Center, d/b/a Rosewood Center, 8 Rose Street, Grafton, WV 26354;

199. Sistersville Nursing & Rehab Center, d/b/a Sistersville Center, 201 Wood Street, Sistersville, WV 26175;

200. Teays Valley Nursing & Rehab Center, d/b/a Teays Valley Center, 590 North Poplar Fork Road, Hurricane, WV 25526;

201. Glenmark Limited Liability Company, d/b/a Valley Center, 1000 Lincoln Drive, South Charleston, WV 25309;

202. White Sulphur Springs Care Center, d/b/a White Sulphur Springs Center, P.O. Box 249, Route 92, White Sulphur Springs, WV 24986;

**Entities owned by Meridian Healthcare Growth and Income Fund, L.P.**

1. Caton Manor Meridian L.P. d/b/a Caton Manor, 3330 Wilkens Avenue, Baltimore, MD 21229;

2. Frederick Meridian, L.P. d/b/a College View Center, 700 Toll House Avenue, Frederick, MD 21701;

3. Hamilton Meridian, L.P. d/b/a Hamilton Center, 6040 Harford Road, Baltimore, MD 21214;

4. Randallstown Meridian, L.P. d/b/a Randallstown Center, 9109 Liberty Road, Randallstown, MD 21133;

5. Mooresville Meridian, L.P. d/b/a Mooresville Center, 550 Glenwood Drive, Mooresville, NC 28115;

6.   Spencer Meridian Healthcare Investments, Inc. d/b/a Salisbury Center, 710 Julian
     Road, Salisbury, NC 28147;

7.   Plainfield Meridian L.P., d/b/a Woodlands, 1400 Woodland Avenue, Plainfield,
     NJ 07060.