UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS HEALTH VENTURES, et al.,     ) | |
|     Plaintiffs,     ) | |
|     ) | |
|     v.     ) | Civ. Action No. 06-0689 (JGP) |
|     ) | |
| MICHAEL O. LEAVITT,     ) | |
| Secretary, United States Department of     ) | |
| Health and Human Services,     ) | |
|     ) | |
|     Defendant.     ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/

PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372