UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS HEALTH VENTURES OF NAUGATUCK, INC. d/b/a GLENDALE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV00689 (JGP) |

**PRAECIPE**

The Clerk of this Court will please enter the appearance of Gerard Keating for the Defendant Secretary of Health and Human Services in the above-captioned action. Pursuant to Local Civil Rule 83.2(j), Defendant's undersigned counsel hereby certifies his personal familiarity with the Local Rules of this Court.

    /s/
GERARD KEATING
Attorney
U.S. Department of Health and
    Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
(202) 619-3377
Facsimile: (202) 401-1405