UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GENESIS HEALTH VENTURES OF NAUGATUCK, INC. d/b/a GLENDALE CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:06CV00689 (JGP) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 60-day enlargement of time, up to and including August 22, 2006, to answer or otherwise respond to Plaintiffs' Complaint. In support of the instant motion, the Secretary states as follows:

1. Plaintiffs instituted this action with the filing of their Complaint on April 17, 2006.

2. Plaintiffs' Complaint was served on the office of the United States Attorney for the District of Columbia on April 24, 2006. Thus, the current deadline for the Secretary's response to Plaintiffs' Complaint is June 23, 2006. Fed. R. Civ. P. 12(a)(3)(A).

3. Plaintiffs challenge a February 13, 2006 determination of the Provider

Reimbursement Review Board ("PRRB" or "Board") regarding three Medicare provider reimbursement group appeals filed by Plaintiffs. For all but two of the 285 fiscal years at issue in Plaintiffs' three administrative group appeals, the PRRB determined that was no good cause for the late filing of Plaintiffs' appeals. In addition, the Board found that it lacked jurisdiction over the remaining two fiscal periods at issue.

    4. The Office of the Attorney Advisor ("OAA") within the Centers for Medicare & Medicaid Services ("CMS") is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes. The Secretary's counsel have not received the administrative record for this action, which pertains to 285 fiscal years at issue in three administrative group appeals. Upon receipt of the administrative record for this action, Defendant's counsel will need considerable time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiffs' Complaint. Moreover, the Secretary's counsel will need additional time to review the administrative record and the judicial docket for <u>Genesis Health Ventures of Naugatuck, Inc. d/b/a Glendale Center, et al. v. Leavitt</u>, Case No. 1:04CV01766 (JGP) (D.D.C.), which Plaintiffs have noticed as a related case.

    5. In order to allow sufficient time for OAA to compile the administrative record for this action, and for Defendant's counsel to review that record and the record and the judicial docket for the allegedly related case; to consult with the agency as necessary; and

to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of sixty days, up to and including August 22, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint.

    6. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiffs' counsel on June 21, 2006 regarding this motion. Plaintiffs' counsel stated that Plaintiffs have no objection to the requested relief.

    7. This request is made in good faith and not for purposes of delay.

    8. The Secretary has not previously requested or been given an extension of time to respond to Plaintiffs' Complaint.

    9. There are no other previously scheduled deadlines in this case.

    A proposed Order is attached.

                                                            Respectfully submitted,

                                                            /s/
                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        D.C. Bar No. 451058

                                           /s/
                                        PETER S. SMITH
                                        Assistant United States Attorney
                                        D.C. Bar No. 465131
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372
                                        Facsimile: (202) 514-8780

                                        /s/
_____
GERARD KEATING
Attorney
U.S. Department of Health and
      Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3377
Facsimile: (202) 401-1405

_____
Counsel for Defendant