UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS HEALTH VENTURES OF NAUGATUCK, INC. d/b/a GLENDALE CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06CV00689 (JGP) |

**<u>ORDER</u>**

Having considered Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, and the entire record herein, it is this _____ day of June, 2006,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including August 22, 2006 to answer or otherwise respond to Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE