UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GENESIS HEALTH VENTURES OF NAUGATUCK, INC., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 1:06-0689 (JGP) ECF |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by City Express, this 30th day of August, 2006, addressed to:

Joseph Brooks
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC  20004.

/s/
_____
Megan L. Rose
Assistant United States Attorney