UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS HEALTH VENTURES ) <br> OF NAUGATUCK, INC. ) <br> d/b/a GLENDALE CENTER, et al., ) <br>     ) <br>         Plaintiffs, ) <br>     ) <br>         v.      ) <br>     ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>     U.S. Department of Health ) <br>     and Human Services, ) <br>     ) <br>         Defendant. ) <br> _____) | Case No. 1:06CV00689 (JGP) |

**JOINT STATEMENT AND MOTION FOR STAY**
**PENDING FINAL RESOLUTION OF RELATED CASE**

Pursuant to this Court's Order of September 15, 2006, counsel for Plaintiffs, Genesis Health Ventures of Naugatuck, Inc. d/b/a Glendale Center, et al. (collectively, "Genesis"), and for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), have conferred.  This action arises under the Medicare statute, 42 U.S.C. § 1395 et. seq., and Plaintiffs seek judicial review of a final decision of the Provider Reimbursement Review Board ("PRRB").  As such, the parties agree that this is an "action for review on an administrative record" governed by the standards of the Administrative Procedure Act.  See 42 U.S.C. § 1395oo(f)(1).  The parties therefore respectfully submit that: discovery is not appropriate; the requirements of a Rule 26(f) conference, a joint meet and confer statement, and initial disclosures are not applicable; and the obligation to have an initial scheduling conference does not arise.  See Fed. R.

Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1). Accordingly, the parties respectfully request that they be relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to attend the October 17, 2006 Initial Scheduling Conference, which was ordered by this Court on September 15, 2006. (See Doc. No. 10.)

The parties also agree, and therefore respectfully submit, that this action should be stayed until the final resolution of a related case pending before this Court, Genesis Health Ventures of Naugatuck, Inc. v. Leavitt, Civil Action No. 04-1766 (JGP) ("Genesis I"). Genesis I, like this case, is an action for review on an administrative record that seeks judicial review of a final decision of the PRRB.

This case and Genesis I involve essentially the same underlying Medicare reimbursement issue brought by essentially the same Medicare providers, but the two actions involve different provider fiscal periods. Although this action presents a threshold issue of whether the PRRB properly determined that it did not have jurisdiction over the providers' specific reimbursement claims, the underlying Medicare reimbursement issue in both cases is identical: whether the Medicare providers may classify their FICA tax costs as Administrative and General costs, rather than as Employee Health and Welfare costs, on their Medicare cost reports. The common underlying reimbursement issue is the subject of pending cross-motions for summary judgment in Genesis I, which has been fully briefed.

In support of the parties' motion for a stay, Genesis hereby stipulates that, if this jointly requested stay is granted, Genesis will pursue its claims in this action only if it finally prevails in <u>Genesis I</u>; conversely, if the Secretary prevails in <u>Genesis I</u>, after a final, non-appealable judgment has been entered in that case, Genesis will promptly dismiss the above-captioned action with prejudice.  Consequently, depending upon how <u>Genesis I</u> is ultimately decided, it is possible that further proceedings in this case may not be necessary if the parties' motion for a stay is granted.  On the other hand, absent the stay requested jointly by the parties, the resources of this Court and of the parties might unnecessarily be expended to litigate and resolve issues that could prove ultimately to be of no concern to the parties.

A proposed Order is attached.

Respectfully submitted,

_____/ s /_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
Facsimile: (202) 514-8780

                         _____/ s /_____
GERARD KEATING
Attorney
U.S. Department of Health and
       Human Services
Office of the General Counsel
Room 5309 Cohen Building
330 Independence Ave., S.W.
Washington, D.C. 20201
(202) 619-3377
Facsimile: (202) 401-1405

Counsel for Defendant


                         _____/ s /_____
Joseph Brooks
D.C. Bar No. 366739
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

Counsel for Plaintiffs