UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS HEALTH VENTURES OF NAUGATUCK, INC. d/b/a GLENDALE CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 1:06CV00689 (JGP) ) ) ) ) ) ) ) |

**<u>ORDER</u>**

Having considered the parties' Joint Statement and Motion for Stay Pending Final Resolution of Related Case, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that, because this is an action for review on an administrative record under Fed. R. Civ. P. 26(a)(1)(E)(i), (f); LCvR 16.3(b)(1), the parties are hereby relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to attend the October 17, 2006 Initial Scheduling Conference, which had been ordered by the Court on September 15, 2006; and it is

FURTHER ORDERED that all proceedings in the above-captioned action are stayed pending the entry of a final, non-appealable judgment in the related case before the

Court, Genesis Health Ventures of Naugatuck, Inc. v. Leavitt, Civil Action No. 04-1766 (JGP) ("Genesis I"); and it is

FURTHER ORDERED that, if the Defendant Secretary of Health and Human Services prevails in Genesis I, after a final, non-appealable judgment has been entered in that case, Plaintiffs in the above-captioned action will promptly dismiss this action with prejudice.

/s/<br>
UNITED STATES DISTRICT JUDGE