UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENESIS HEALTH VENTURES OF NAUGATUCK, INC.,** *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civil Action No. 06-0689 (JGP) |
| **MICHAEL O. LEAVITT,** | )<br>) |
| Defendant. | )<br>) |

**ORDER**

Upon consideration of the parties' **Joint Statement and Motion for Stay Pending Final Resolution of Related Case [11]**, it is hereby

**ORDERED** that the motion [11] is **GRANTED**; it is further

**ORDERED** that the Initial Scheduling Conference previously set for October 17, 2006 is cancelled; it is further

**ORDERED** that proceedings in this matter are stayed pending the entry of a final, non-appealable judgment in the related case pending before this Court, *Genesis Health Ventures of Naugatuck, Inc. v. Leavitt*, Civil Action No. 04-1766 ("Genesis I"); and it is further

**ORDERED** that, if Defendant prevails in Genesis I, Plaintiffs shall promptly dismiss this action with prejudice, as stipulated by the parties in their Joint Statement and Motion.

**DATE: October 16, 2006**                                   **JOHN GARRETT PENN**
                                                                                      **United States District Judge**