CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GENESIS HEALTH VENTURES )
    OF NAUGATUCK, INC. )
      ET AL. )
                        )
          Plaintiff )
  v. )  Civil Case Number 06-689 (LFO)
                        )
                        )  Category C
MICHAEL O. LEAVITT )
                        )
          Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 13, 2007 from Judge John Garrett Penn to Judge Louis F. Oberdorfer by direction of the Calendar Committee.

(Case transferred by consent.)

                                            JUDGE ELLEN SEGAL HUVELLE
                                            Chair, Calendar and Case
                                            Management Committee

cc:   Judge Oberdorfer & Courtroom Deputy
       Judge Penn & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk