UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENESIS HEALTH VENTURES OF NAUGATUCK, INC. d/b/a GLENDALE CENTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, SECRETARY, HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No: 06-0689 (JGP) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: December 4, 2007        Respectfully submitted,

                                        /s/
                              MEGAN L. ROSE, NC Bar No. 28639

                                        /s/
                              CHRISTOPHER B. HARWOOD
                              N.Y. Bar No. 4202982
                              Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0372